IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MARQUISE M. LEWIS,

        Petitioner,

v.                                                                                  Case No.  5D18-1809

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed September 28, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Marquise M. Lewis, Live Oak, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the October 31, 2017 judgments and sentences rendered in Case No. 2017-CF-001466-A-O, in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).


PETITION GRANTED.


EVANDER, EISNAUGLE and HARRIS, JJ., concur.